*Max Ornstein* for appellants.

*Irving G. Kennedy* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.

M. P. MOLLER, INC., Appellant, *v.* TEMPLE ISRAEL OF WASHINGTON HEIGHTS, INC., et al., Respondents.

Argued January 27, 1937; decided March 9, 1937.

*Ludwig M. Wilson* and *Francis A. Devin* for appellant.

*John B. McGuire* and *Albert C. Kelly* for Emigrant Industrial Savings Bank, respondent.

*Theodore Charnas, Emil Levitt* and *Abraham J. Gellinoff* for Temple Israel of Washington Heights, Inc., et al., respondents.

Judgment affirmed, with costs. Appeal from order denying new trial dismissed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.